*Alfred E. Smith, P.C.*

ATTORNEY AT LAW
623 FIFTH AVENUE, 24TH FLOOR
NEW YORK, NEW YORK 10022 – 6831

————

TEL: (212) 986-2251
FAX: (212) 986-2238
E-MAIL: alsmith@aesesqlaw.com

January 30, 2015

Via Electronic Filing
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201-1832

> Re: Jennifer Stravino on behalf of herself and all others similarly situated v.
> Pure Beauty Services, Inc., Patrick Tunney and Regina Tunney;
> United States District Court, Eastern District of New York;
> Civil Action Number: 14 CV 4521.

Dear Justice Pollak:

We represent the Defendants, Pure Beauty Services, Inc., Patrick Tunney and Regina Tunney, in the above referenced action. This afternoon, the parties reached a settlement in principle of the above captioned action.

Given that the above referenced action is being resolved, and in order to prepare the requisite settlement documents, Plaintiff's counsel has consented to extend the time for Defendants to submit their Opposition to Plaintiff's motion for conditional certification of the collective action, to February 6, 2015.

Should you have any questions, or if you would like to discuss this matter further, please have your chambers contact me at this office. We thank you for your courtesy in consideration of this matter.

Respectfully submitted,

Alfred E. Smith

AES: mp
cc: Vincent E. Bauer, Esq. (via Electronic Filing)
    Pure Beauty Services, Inc. (via E-mail)