UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JENNIFER STRAVINO on behalf of herself
and all others similarly situated,

                        Plaintiff,

               - against -

PURE BEAUTY SERVICES, INC.,
PATRICK TUNNEY and REGINA TUNNEY,

                        Defendants.
------------------------------------------------------------------X

Civil Action Number:
14 CV 4521

**STIPULATION
OF DISCONTINUANCE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiff, JENNIFER STRAVINO, and the Defendants, PURE BEAUTY SERVICES, INC., PATRICK TUNNEY and REGINA TUNNEY, to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the within proceeding, including all claims and counterclaims therein, shall be, and the same hereby is discontinued with prejudice, without costs or disbursements to either party as against the other.

      This stipulation may be signed in counterparts, and a facsimile signature may be deemed an original for purposes of this stipulation.

Dated: New York, New York
          March 3, 2015

VINCENT E. BAUER, ESQ.
Attorney for Plaintiff
112 Madison Avenue, 5th Floor
New York, New York 10016
(212) 575-1517

ALFRED E. SMITH, ESQ.
Attorney for Defendants
623 Fifth Avenue, 24th Floor
New York, New York 10022
(212) 986-2251